UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PACIFIC COAST SYSTEMS

      Plaintiff(s),　　　　　　　　　　　　　No. 07-05369 EDL

  v.　　　　　　　　　　　　　　　　　　　CLERK'S NOTICE

YRC WORLDWIDE INC.

      Defendant(s).
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Initial Case Management Conference scheduled for January 30, 2008 at 3:00 p.m. has been continued to **March 4, 2008 at 10:00 a.m.** before Magistrate Judge Laporte in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco. A case management statement shall be filed no later than February 26, 2008.

Dated: January 25, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____
     Lili M. Harrell
     Courtroom Deputy