A CERTIFIED TRUE COPY

JAN 1 4 2008

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
FEB 1 9 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 2 7 2007

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

C-07-5369-EDL

IN RE: LTL SHIPPING SERVICES ANTITRUST
LITIGATION

MDL No. 1895

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

(SEE ATTACHED SCHEDULE)

JAN 1 7 2008
JAMES N. HATTEN, CLERK
By: Deputy Clerk

CONDITIONAL TRANSFER ORDER (CTO-1)

On December 20, 2007, the Panel transferred 13 civil actions to the United States District Court for the Northern District of Georgia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See ___F.Supp.2d___ (J.P.M.L. 2007). With the consent of that court, all such actions have been assigned to the Honorable William S. Duffey, Jr.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Georgia and assigned to Judge Duffey.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Georgia for the reasons stated in the order of December 20, 2007, and, with the consent of that court, assigned to the Honorable William S. Duffey, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Georgia. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

ATTEST: A TRUE COPY
CERTIFIED THIS
JAN 2 8 2008
James N. Hatten, Clerk
By: Deputy Clerk

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JAN 1 4 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# IN RE: LTL SHIPPING SERVICES ANTITRUST LITIGATION

MDL No. 1895

## SCHEDULE CTO-1 - TAG-ALONG ACTIONS

### DIST. DIV. C.A. #     CASE CAPTION

ALABAMA NORTHERN
ALN 6 07-1817     Mike Freeman Chevrolet-Buick, Inc. v. AAA Cooper Transportation, et al.

CALIFORNIA CENTRAL
CAC 2 07-6792     The Harman Press v. AAA Cooper Transportation, et al.
CAC 5 07-1411     Soup Bases Loaded, Inc. v. AAA Cooper Transportation, et al.

CALIFORNIA NORTHERN
EDL CAN 3 07-5369     Pacific Coast Systems v. YRC Worldwide, Inc., et al.
MMC CAN 3 07-5757     Douglas & Sturgess, Inc. v. Arkansas Best Corp., et al.
BZ CAN 3 07-6276     Fayus Inc. v. Arkansas Best Corp., et al.

CALIFORNIA SOUTHERN
CAS 3 07-1812     Slater/Marinoff & Co. v. Arkansas Best Corp., et al.
CAS 3 07-1862     Andrea May v. United Parcel Service, Inc., et al.
CAS 3 07-1901     Hitch-It, Inc. v. Arkansas Best Corp., et al.
CAS 3 07-1902     Polymerics Inc. v. Arkansas Best Corp., et al.
CAS 3 07-1939     Don Walter Kitchen Distributors, Inc. v. Arkansas Best Corp., et al.
CAS 3 07-2103     William R. Jaworski, etc. v. Arkansas Best Corp., et al.
CAS 3 07-2118     Freeman Industries, LLC v. Arkansas Best Corp., et al.

DISTRICT OF COLUMBIA
DC 1 07-1780     Atlantis Caribbean Chemical Corp. v. AAA Cooper Transportation, et al.
DC 1 07-1803     Zaza, Inc. v. AAA Cooper Transportation, et al.
DC 1 07-1827     Alternative Rubber & Plastics, Inc. v. AAA Cooper Transportation, et al.
DC 1 07-1885     Thompson Trading Co. v. AAA Cooper Transportation, et al.
DC 1 07-1886     NuTex Manufacturing Co., LLC v. AAA Cooper Transportation, et al.
DC 1 07-1920     BB Limited v. YRC Worldwide, Inc., et al.
DC 1 07-1926     Precix, Inc. v. AAA Cooper Transportation, et al.
DC 1 07-1927     Ben Pearson Archery Co., Inc. v. AAA Cooper Transportation, et al.
DC 1 07-1937     Brewton Enterprises, Inc. v. AAA Cooper Transpiration, et al.

## MDL No. 1895 - Schedule CTO-1 Tag-Along Actions (Continued)

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **MAINE** | |
| ME 2 07-179 | Casco Bay Imports, Inc., etc. v. Arkansas Best Corp., et al. |
| ME 2 07-190 | Kraft Chemical Co. v. AAA Cooper Transportation, et al. |
| ME 2 07-201 | M&J Communications, Inc. v. AAA Cooper Transportation, et al. |
| **MICHIGAN EASTERN** | |
| MIE 5 07-14022 | D's Pet Supplies, Inc. v. Southern Motor Carriers Rate Conference, Inc., et al. |
| **NEW JERSEY** | |
| NJ 1 07-4513 | PCM Co. v. Arkansas Best Corp., et al. |
| NJ 1 07-4650 | Champion Parts, Inc. v. Arkansas Best Corp., et al. |
| NJ 1 07-4759 | The Classy Cook, etc. v. Arkansas Best Corp., et al. |
| **PENNSYLVANIA EASTERN** | |
| PAE 2 07-3895 | Millenium Homes Realty, LLC v. Arkansas Best Corp., et al. |
| **TENNESSEE MIDDLE** | |
| TNM 3 07-1123 | Shreeji International Market v. AAA Cooper Transportation, et al. |

IN RE: LTL SHIPPING SERVICES ANTITRUST
LITIGATION

MDL No. 1895

## INVOLVED COUNSEL LIST (CTO-1)

George C. Aguilar
ROBBINS UMEDA & FINK LLP
610 West Ash Street
Suite 1800
San Diego, CA 92101-3350

Lee Albert
MAGER & GOLDSTEIN LLP
1818 Market Street
Suite 3700
Philadelphia, PA 19103

Mario N. Alioto
TRUMP ALIOTO TRUMP & PRESCOTT LLP
2280 Union Street
San Francisco, CA 94123

Donald Chidi Amamgbo
AMAMGBO & ASSOCIATES PLC
7901 Oakport Street, Suite 4900
Oakland, CA 94621

David Mills Arbogast
SPIRO MOSS BARNESS LLP
11377 West Olympic Boulevard
Fifth Floor
Los Angeles, CA 90064-1683

William M. Audet
AUDET & PARTNERS LLP
221 Main Street
Suite 1460
San Francisco, CA 34105

Judith Blackwell
BLACKWELL & BLACKWELL
584 Valle Vista Avenue
Oakland, CA 94610

W. Perry Brandt
BRYAN CAVE LLP
One Kansas City Place
1200 Main Street
Suite 3500
Kansas City, MO 64105

C. Dewey Branstetter Jr.
BRANSTETTER STRANCH & JENNINGS PLLC
227 Second Avenue, North
4th Floor
Nashville, TN 37201

Patrick E. Cafferty
CAFFERTY FAUCHER LLP
101 North Main Street
Suite 450
Ann Arbor, MI 48104

Tanya Chutkan
BOIES SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue, N.W.
Suite 800
Washington, DC 20015-2015

Jay S. Cohen
SPECTOR ROSEMAN & KODROFF PC
1818 Market Street
Suite 2500
Philadelphia, PA 19103

A. Richard Feldman
BAZELON LESS & FELDMAN PC
1515 Market Street
Suite 700
Philadelphia, PA 19102

**MDL No. 1895 - Involved Counsel List (CTO-1) (Continued)**

David U. Fierst
STEIN MITCHELL & MEZINES LLP
1100 Connecticut Avenue, N.W.
Suite 1100
Washington, DC 20036-4195

James W. Gewin
BRADLEY ARANT ROSE & WHITE LLP
1819 Fifth Avenue, North
Birmingham, AL 35203

Jayne A. Goldstein
MAGER & GOLDSTEIN LLP
1640 Town Center Circle
Suite 216
Weston, FL 33326

Robert J. Gralewski
GERGOSIAN & GRALEWSKI LLP
655 W. Broadway
Suite 1410
San Diego, CA 92101

Gregory P. Hansel
PRETI FLAHERTY BELIVEAU & PACHIOS LLP
One City Center
P.O. Box 9546
Portland, ME 04112-9546

Jason S. Hartley
ROSS DIXON & BELL LLP
550 West B Street
Suite 400
San Diego, CA 92101-3599

Ross H. Hyslop
MCKENNA LONG & ALDRIDGE LLP
750 B Street
Suite 3300
San Diego, CA 92101

G. Brian Jackson
MILLER & MARTIN LLP
150 Fourth Avenue, North
1200 One Nashville Place
Nashville, TN 37219-2433

Samuel W. Junkin
JUNKIN PEARSON HARRISON & JUNKIN LLC
601 Greensboro Avenue
Suite 600
Tuscaloosa, AL 35401

Sherman Kassof
LAW OFFICES OF SHERMAN KASSOF
954 Risa Road
Suite B
Lafayette, CA 94549

Sheri L. Kelly
FINKELSTEIN THOMPSON
100 Bush Street
Suite 1450
San Francisco, CA 94108

Othini J. Lathram
WHATLEY DRAKE & KALLAS LLC
2001 Park Place North
Suite 1000
P.O. Box 10647
Birmingham, AL 35203-0647

Gary E. Mason
MASON LAW FIRM LLP
1225 19th Street, N.W.
Suite 500
Washington, DC 20036

Tyler Meade
MEADE & SCHRAG LLP
1816 Fifth Street
Berkeley, CA 94710

**MDL No. 1895 - Involved Counsel List (CTO-1) (Continued)**

Joseph H. Meltzer
SCHIFFRIN BARROWAY TOPAZ & KESSLER LLP
280 King of Prussia Road
Radnor, PA 19087

Douglas A. Millen
FREED KANNER LONDON & MILLEN LLC
2201 Waukegan Rd., Suite 130
Bannockburn, IL 60015

Samuel R. Miller
SIDLEY AUSTIN LLP
555 California St., Suite 2000
San Francisco, CA 94104

Julie W. O'Dell
BRYAN CAVE LLP
1200 Main St., Suite 3500
Kansas City, MO 64105-2100

Simon B. Paris
SALTZ MONGELUZZI BARRETT & BENDESKY PC
One Liberty Place, 52nd Floor
1650 Market Street
Philadelphia, PA 19103

Joshua Piovia-Scott
RANDALL R RENICK LAW OFFICES
128 North Fair Oaks Ave., Suite 204
Pasadena, CA 91103

Randy R. Renick
LAW OFFICES OF RANDY RENICK
128 North Fair Oaks Ave., Suite 204
Pasadena, CA 91103

Brian J. Robbins
ROBBINS UMEDA & FINK LLP
610 West Ash St., Suite 1800
San Diego, CA 92101-3350

Richard P. Rouco
WHATLEY DRAKE & KALLAS LLC
2323 2nd Avenue, North
P.O. Box 10647
Birmingham, AL 35203-0647

Warren Rubin
LAW OFFICES OF BERNARD M GROSS PC
John Wanamaker Building, Suite 450
Juniper and Market Streets
100 Penn Square East
Philadelphia, PA 19107

Michael L. Schrag
MEADE & SCHRAG LLP
1816 Fifth Street
Berkeley, CA 94710

Harry Schulman
MILLS LAW FIRM
145 Marina Boulevard
San Rafael, CA 94901

Noah S. Silverman
GARWIN GERSTEIN & FISHER LLP
1501 Broadway, Suite 1416
New York, NY 10036

Julia C. Symon
CLIFFORD CHANCE US LLP
The William P. Rogers Bldg.
2001 K Street, NW
Washington, DC 20006-1001

Reginald Von Terrell
TERRELL LAW GROUP
223 25th Street
Richmond, CA 94804

Frank C. Testa
MORGAN LEWIS & BOCKIUS LLP
502 Carnegie Center
Princeton, NJ 08540

Robert Alan White
MORGAN LEWIS & BOCKIUS LLP
502 Carnegie Center
Princeton, NJ 08540

Cadio Zirpoli
SAVERI & SAVERI INC
111 Pine Street
Suite 1700
San Francisco, CA 94111-5630

IN RE: LTL SHIPPING SERVICES ANTITRUST
LITIGATION                                                              MDL No. 1895

## INVOLVED JUDGES LIST (CTO-1)

Hon. John E. Ott
U.S. Magistrate Judge
268 Hugo L. Black U.S. Courthouse
1729 Fifth Avenue North
Birmingham, AL 35203

Hon. Dale S. Fischer
U.S. District Judge
830 Edward R. Roybal Federal Building
 & Courthouse
255 East Temple Street
Los Angeles, CA 90012-3332

Hon. Virginia A. Phillips
U.S. District Judge
George E. Brown, Jr. United States Courthouse
3470 Twelfth Street
2nd Floor
Riverside, CA 92501-3801

Hon. Martin J. Jenkins
U.S. District Judge
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Ave.
San Francisco, CA 94102-3434

Hon. Elizabeth D. Laporte
U.S. Magistrate Judge
15-6588 Phillip Burton U.S. Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102-3434

Hon. Bernard Zimmerman
U.S. Magistrate Judge
Philip Burton U.S. Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102

Hon. Roger T. Benitez
U.S. District Judge
4145 Edward J. Schwartz U.S. Courthouse
940 Front Street
San Diego, CA 92101

Hon. Thomas J. Whelan
U.S. District Judge
3155 Edward J. Schwartz U.S. Courthouse
940 Front Street, Suite 3155
San Diego, CA 92101

Hon. Reggie B. Walton
U.S. District Judge
2428 E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, N.W.
Washington, DC 20001

Hon. George Z. Singal
Chief Judge, U.S. District Court
Edward T. Gignoux Federal Courthouse
2nd Floor
156 Federal Street
Portland, ME 04101-4152

Hon. John Corbett O'Meara
Senior U.S. District Judge
400 Federal Building
200 E. Liberty Street
Ann Arbor, MI 48104

Hon. Jerome B. Simandle
U.S. District Judge
United States District Court
Post Office Box 888
Camden, NJ 08101-0888

Hon. Bruce W. Kauffman
U.S. District Judge
5613 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1776

Hon. William J. Haynes, Jr.
U.S. District Judge
A845 Estes Kefauver U.S. Courthouse Annex
110 Ninth Avenue South
Nashville, TN 37203

IN RE: LTL SHIPPING SERVICES ANTITRUST
LITIGATION                                                    MDL No. 1895

## INVOLVED CLERKS LIST (CTO-1)

Perry D. Mathis, Clerk
140 Hugo L. Black U.S. Courthouse
1729 5th Avenue North
Birmingham, AL 35203

Sherri R. Carter, Clerk
G-8 U.S. Courthouse
312 North Spring Street
Los Angeles, CA 90012

Richard W. Wieking, Clerk
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

W. Samuel Hamrick, Jr., Clerk
4290 Edward J. Schwartz Federal Building
880 Front Street
San Diego, CA 92101-8900

Nancy Mayer-Whittington, Clerk
1834 E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, N.W.
Washington, DC 20001-2802

Linda L. Jacobson, Clerk
Edward T. Gignoux U.S. Courthouse
156 Federal Street
Portland, ME 04101

David J. Weaver, Clerk
P.O. Box 8199
Ann Arbor, MI 48107

William T. Walsh, Clerk
1050 Mitchell H. Cohen U.S. Courthouse
400 Cooper Street
Camden, NJ 08102

Michael E. Kunz, Clerk
2609 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797

Keith Throckmorton, Clerk
800 U.S. Courthouse
801 Broadway
Nashville, TN 37203-3816